**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1287**

In re: VICTOR BERNARD PERKINS,

Petitioner.

On Petition for Writ of Mandamus.  (5:92-hc-00654-BR)

Submitted:  September 7, 2021                    Decided:  September 15, 2021

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Victor Bernard Perkins, Petitioner Pro Se.  Genna Danelle Petre, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion without prejudice on August 27, 2021. Accordingly, because the district court has recently decided Perkins' motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*